

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-21-00229-CR

## IN RE STEVEN ROLAN

_____

## Original Proceeding

## From the 249th District Court
## Johnson County, Texas
## Trial Court No. DC-F201900770

## MEMORANDUM OPINION

Steven Rolan's petition for writ of mandamus, filed on September 10, 2021, asked this Court to compel the trial court to rule on Rolan's pretrial Application for Writ of Habeas Corpus. On October 7, 2021, this Court received the trial court' First Amended Order denying Rolan's pretrial Application for Writ of Habeas Corpus.

Accordingly, Rolan's petition for writ of mandamus is now moot and is dismissed for want of jurisdiction.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Petition dismissed as moot
Opinion delivered and filed October 13, 2021
Do not publish
[OT06]

